# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CANDOW, an individual; and GERI CANDOW, an individual, ) ) ) | 2:11–cv-00343-LRH-GWF |
| Plaintiffs, ) | **MINUTE ORDER** |
| v. ) ) | |
| DAVID DUST, an individual, CLAYTON COATINGS, INC.; DOES I - X, inclusive; and ROES I - X, inclusive, ) ) ) ) | February 16, 2012 |
| Defendants. ) ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Defendant David Dust's Motion for Partial Summary Judgment (#26[1]). Also before the court is the parties' Stipulation and Order to Dismiss with Prejudice Plaintiffs' Second Cause of Action for Emotional Distress (#37). The court has granted that stipulation (*see* Order #38). Good cause appearing,

     Defendant David Dust's Motion for Partial Summary Judgment (#26) is **DENIED as moot**.

     IT IS SO ORDERED.

                                  LANCE S. WILSON, CLERK

                                By:   /s/
                                          Deputy Clerk

---

[1] Refers to court's docket number.