UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CANDOW, an individual; GERI CANDOW, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>DAVID DUST, an individual and CLAYTON COATINGS, INC.,<br><br>            Defendants. | Case No.: 2:11-cv-00343-LRH-GWF<br><br>**ORDER**<br><br>Motion to Extend Discovery (#60); Countermotion to Compel (#64) |

      This matter comes before the Court on Plaintiff William Candow's ("Plaintiff") Motion to Extend Discovery (#60), filed on March 21, 2013. Defendant Clayton Coatings ("Coatings") filed a Response (#63) on March 26, 2013. Defendant David Dust filed a Response (#67) on March 28, 2013. Coatings filed a Countermotion to Compel Independent Medical Examination (#64) on March 26, 2013. The Court conducted a hearing on the Motion (#60) and Countermotion (#64) on March 29, 2013. *See Minutes of Proceedings, Doc. #68*. For the reasons stated on the record at the hearing, the Court will grant in part and deny in part Plaintiff's Motion (#60), and will grant Coatings' Countermotion (#64). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's William Candow's Motion to Extend Time (#60) is **granted** in part and **denied** in part as stated on the record at the March 29, 2013 hearing.

...

...

...

...

1 **IT IS FURTHER ORDERED** that Defendant Clayton Coatings, Inc.'s Countermotion to Compel Independent Medical Examination (#64) is **granted**.

DATED this 9th day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge