# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CANDOW, an individual; GERI CANDOW, an individual, ) ) ) Plaintiffs, ) ) vs. ) ) DAVID DUST, an individual and CLAYTON COATINGS, INC., ) ) ) Defendants. ) | Case No.: 2:11-cv-00343-LRH-GWF **ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Amended Scheduling Order (#58) filed January 11, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than June 8, 2013. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **June 24, 2013**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

      2.     The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 12th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge