UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM CANDOW, an individual; GERI CANDOW, an individual, | ) ) ) | CASE NO. 2:11-CV-343-LRH-GWF |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| DAVID DUST, an individual; CLAYTON COATINGS, INC.; DOES I-X and ROE CORPORATIONS I-X, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

    This case is currently scheduled for jury trial on the stacked calendar of September 29, 2015.

    IT IS ORDERED that this case is referred to The Honorable George W. Foley, Jr. for the purpose of conducting a settlement conference.

    DATED this 20th day of November, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE